IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LIOARGE DEL NODAL, | § § § | |
| *Plaintiff,* | § § § | 5:25-CV-00606-FB-RBF |
| vs. | § § § | |
| WARDEN WAYMON BARRY, DANIEL SUBIA, ASSISTANT FIELD OFFICE DIRECTOR; SYLVESTER ORTEGA, ACTING FIELD OFFICE DIRECTOR; CRAIG LARRABEE, HSI SAN ANTONIO SAC; ACTING DIR. OF ICE TODD LYONS, ACTING DIRECTOR USCIS ENFORCEMENT; AND KRISTI NOEM, U.S. SECRETARY OF HOMELAND SECURITY; | § § § § § § § § § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is Petitioner Lioarge Del Nodal's Motion for Preliminary Injunction, Dkt. No. 11, which was set for an evidentiary hearing to take place on July 17, 2025. *See* Dkt. No. 19.

**IT IS ORDERED** that the evidentiary hearing on Petitioner's Motion for Preliminary Injunction, Dkt. No. 11, shall be **HELD IN ABEYANCE**. If the Court determines that this matter should be re-set, it will do so by separate Order.

**IT IS SO ORDERED.**

SIGNED this 15th day of July, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE